IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER ANTHONY WEBB**
**ADC #108035**                                                                                           **PETITIONER**

v.                                      Case No. 4:22-cv-00636-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                   **RESPONDENT**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 13). Petitioner Walter Anthony Webb has filed objections to Judge Harris's Recommendations (Dkt. Nos. 14, 15). After careful review of the Recommendations and Mr. Webb's objections thereto, and a *de novo* review of the record, the Court grants respondent Dexter Payne's motion to dismiss second or subsequent habeas corpus petition pursuant to 28 U.S.C. § 2244(B) and adopts Judge Harris's Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. Nos. 7, 13). The Court dismisses without prejudice Mr. Webb's petition for a writ of *habeas corpus* (Dkt. No. 1). Finally, the Court declines to issue a certificate of appealability. Mr. Webb may still apply to the Eighth Circuit for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 20th day of September, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge